**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES JESTER, III                                                            PLAINTIFF
ADC #118067

v.                            No. 5:12CV00033 JLH/BD

RAY HOBBS, Director, Arkansas
Department of Correction, *et al*.                                    DEFENDANTS

**ORDER**

Charles Jester, III, has filed a motion for an extension of time within which to file objections to the proposed findings and recommendations submitted by United States Magistrate Judge Beth Deere on January 25, 2012. The motion is GRANTED. Document #7. The time within which Jester must submit his objections is extended up to and including February 24, 2012.

IT IS SO ORDERED this 9th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE