**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES JESTER, III                                                                              PLAINTIFF
ADC # 118067

v.                                         NO. 5:12CV00033 JLH/BD

RAY HOBBS, *et al*.                                                                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved.

Jester's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE