## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES JESTER, III                                                                                   PLAINTIFF
ADC # 118067

v.                                          NO. 5:12CV00033 JLH/BD

RAY HOBBS, *et al*.                                                                                   DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 29th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE